**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  **Cleo M. James** | ) | Chapter 13 |
| **Debtor** | ) | |
| | ) | No. 19-14679-AMC |
| | ) | |
| | ) | |

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date:3/12/20