IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Cleo M. James | : | No. 19-14679-MDC |
| Debtor | : | |

## O R D E R

AND NOW, this 17th day of March, 2021, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified and the Modified Plan filed as a proposed Modified Plan shall be the new plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S.BANKRUPTCY JUDGE