# EXHIBIT C

# RECORDING INFORMATION SUMMARY (RIS)

The information provided by you will be relied upon by the Department of Records for examination and indexing purposes. If there is any conflict between the RIS and the attached document, the information on the RIS shall prevail for examination and indexing purposes.

**RETURN DOCUMENT TO:**
Name: 
Address: 
Telephone: 

Prepared by and When Recorded Return To:
Heather Essex/MidFirst Bank
2730 North Portland Avenue
Oklahoma City, OK 73107

**1. Type of Document:**
- [ ] Deed
- [ ] Sheriff's Deed
- [ ] Deed of Condemnation
- [ ] Other Deed
- [ ] Mortgage
- [ ] Release of Mortgage
- [x] Assignment of Mortgage
- [ ] Satisfaction of Mortgage
- [ ] Lease/Memorandum of Lease
- [ ] Assignment of Lease & Rent
- [ ] Easement
- [ ] Other _____ (specify)

**2. Date of Document:** 10 / 06 / 00 (month / day / year)

**3. Grantor/Mortgagor/Assigner/Lessor/Other:** (a.) Cendant Mtg    (b.) _____
(Last Name, First Name, Middle Initial)
- [ ] Additional names on Continuation Page of RIS

**4. Grantee/Mortgagee/Assignee/Lessee/Other:** (a.) Mid First Bank    (b.) _____
(Last Name, First Name, Middle Initial)
- [ ] Additional names on Continuation Page of RIS

**5. Property Address:**
(a.) House No. & Street Name: 1133 East Stafford Street
Condo Name (if applicable): _____  Unit #: ____  Philadelphia, PA  Zip Code: 19138
BRT Account # (optional): _____  Parcel Identification Number (PIN) (optional): _____
- [ ] Additional addresses on Continuation Page of RIS

**6. Grantee's Mailing Address (Deed Only):**
(If Grantee is at a different address than the Property Address listed in Section 5, complete this section.)
Grantee or Designee Name: _____
House No. & Street Name: _____
City: _____  State: _____  Zip Code: _____

**7. Recording Information to be Referenced.** Mortgage to be released/satisfied/assigned/modified:
(a.) Name of Original Mortgagee: Cendant Mtg Corp.
Recording Date of Original Mortgage: 10 / 6 / 2000 (month / day / year)
Recorder's Index Information of Original Mortgage: 50150242
Initials, Book and Page or Doc. ID#
- [ ] Additional references on Continuation Page of RIS

**8. Optional Information:**
- [ ] Consolidation
- [ ] Subdivision

OR Name: Cendant Mtg Corp.
OR Telephone Number: 1-800-446-2964
OR Signature: [signature]

50414084
Pg: 1 of 4
03/01/2002 09:34AM

This Document Recorded
03/01/2002
09:34AM
Doc Code: A

Doc Id: 50414084
Receipt #: 146245
Rec Fee: 43.50
Commissioner of Records, City of Philadelphia

Prepared by and When
Recorded Return To:
Heather Essex/MidFirst Bank
2730 North Portland Avenue
Oklahoma City, OK 73107



Name: DUNBAR
State of: PA
County of: PHILADELPHIA

Tax Id #

## Assignment of Mortgage

Know all men by these presence, that *Cendant Mortgage Corporation, 3000 Leadenhall Road, Mt. Laurel, NJ 08054, a Corporation existing under the laws of the State of New Jersey, for valuable consideration, the receipt of which hereby acknowledged, does hereby grant, bargain, sell, assign and transfer to:

MidFirst Bank
999 N.W. Grand Boulevard
Suite 100
Oklahoma City, OK 73118

That certain Promissory Note and Mortgage described as follows:

Note and Mortgage Dated: 09/29/2000
Amount: $41869  Executed by:    CLEO DUNBAR

Clerks file or instrument no: 50150242           Recorded Date: 10/06/2000
Book:           Volume:         Page:
Address: 1133East Stafford Street, PHILADELPHIA, PA 19138
Together with the Note therein or referred to, the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

**\*Formerly Doing Business as PHH US Mortgage Corporation**
**\*Formerly Doing Business as PHH Mortgage Services Corporation**

Dated: 01/23/2002                               *Cendant Mortgage Corporation
Witnessed by: _Melissa Burger_                  3000 Leadenhall Road
              Melissa Burger                    Mt. Laurel, NJ 08054
                                                By: _____
Prepared by: _Toss Lamon_                       Dolores Lauria
             Toss Lamon                         Assistant Vice President
             *Cendant Mortgage Corporation
             3000 Leadenhall Road               _Judy Gomolson_
             Mt. Laurel, NJ 08054               Judy Gomolson
                                                Assistant Secretary

State of New Jersey, County of Burlington,
On 01/23/2002, before me, the undersigned, a notary public in and for said State and County, personally appeared Dolores Lauria and Judy Gomolson personally known to me or proved to me on the basis of satisfactory evidence to be Assistant Vice President and Assistant Secretary of the corporation that executed the within instrument, on behalf of the corporation therein named, and acknowledged to me that such corporation executed the instrument pursuant to the its by-laws or resolution of its Board of Directors. Witness my hand and official seal in the State and County last aforesaid.

_____                         Christina Hendron
Notary Public                                   Notary Public of New Jersey
                                                My Commission Expires: 01/26/2006

50414084
Page: 2 of 4
03/01/2002 09:34A

## Schedule "A"

ALL THAT CERTAIN Lot or Piece of ground with the buildings and improvements thereon erected.

SITUATE on the Northwesterly side of Stafford Street at the Distance of Two Hundred Ninety feet five inches Northeastwardly from the Northeasterly side of Ardleigh Street in the Fifty-ninth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Stafford Street Eighteen feet one inch and extending of that width in length or depth Northwestwardly between parallel lines at right angles with the said Stafford Street Seventy feet to the center line of a certain ten feet wide driveway of passageway extending Northeastwardly from the said Ardleigh Street to Anderson Street said driveway opened for the free and common use of the several owners tenants and occupiers of the lots abutting thereon and entitled to the use thereof.

BEING NO. 1133 East Strafford Street
BEING BRT TAX NUMBER

50414084
Page: 3 of 4
03/01/2002 09:34A

I do certify that the precise of the within named Assignee is:

999 NW Grand Boulevard
Oklahoma City, OK 73118

SIGNED: _____
Heather L. Essex

50414084
Page: 4 of 4
03/01/2002 09:34H