### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cleo M. James a/k/a Cleo Dunbar<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　　　　　　Movant<br>　　vs.<br>Cleo M. James a/k/a Cleo Dunbar<br>　　　　　　　　　　Debtor(s) | NO. 19-14679 MDC |
| Kenneth E. West Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Mark A. Cronin, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of MIDFIRST BANK for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on June 8, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Cleo M. James a/k/a Cleo Dunbar
1133 East Stafford Street
Philadelphia, PA 19138

Attorney for Debtor(s)
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106
**VIA ECF**

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Date: June 8, 2023

　　　　　　　　　　　　　　　　/s/ Mark A. Cronin
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Mark A. Cronin, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant