Certificate Number: 12433-PAE-DE-038492439

Bankruptcy Case Number: 19-14679



12433-PAE-DE-038492439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2024, at 9:20 o'clock PM EDT, Cleo M. Dunbar-James completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 20, 2024            By:    /s/Lisa Susoev

                                Name:  Lisa Susoev

                                Title: Teacher