United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-14679-amc
Cleo M. James  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 14, 2024 | Form ID: 138OBJ | Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cleo M. James, 1133 E. Stafford Street, Philadelphia, PA 19138-1830 |
| 14363446 | + | Bureau of Accounts Control, Inc., PO Box 538, Howell, NJ 07731-0538 |
| 14363453 | + | Debt Litigation Specialists Law Offices, P.M.B. #141, 8001 Castor Avenue, Philadelphia, PA 19152-2742 |
| 14363456 | | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14363457 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363463 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14363474 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14386502 | + | MIDFIRST BANK, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14455830 | + | Office of UC Benefits Policy, PA Department of Labor and Industry, 651 Boas Street, 6th Floor, Harrisburg, PA 17121-0725 |
| 14363483 | + | Office of Unemployment Compensation Bene, Dept of Labor & Industry, Office of Chief Counsel, 651 Boas Street, 10th Floor, Harrisburg, PA 17121-0751 |
| 14363486 | | Radiology Group Abington, PO Box 6750, Portsmouth, NH 03802-6750 |
| 14363491 | + | Whipple Law, P.A., 233 Mount Airy Road, 1st Floor, Basking Ridge, NJ 07920-2338 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 14 2024 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14363445 | Email/Text: EBNProcessing@afni.com | Aug 14 2024 23:47:00 | Afni, Inc., P.O. Box 3517, Bloomington, IL 61702-3517 |
| 14363450 | Email/Text: megan.harper@phila.gov | Aug 14 2024 23:47:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 15th Fl, Philadelphia, PA 19103 |
| 14432494 | Email/Text: megan.harper@phila.gov | Aug 14 2024 23:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14456257 | Email/Text: megan.harper@phila.gov | Aug 14 2024 23:47:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14363449 | Email/Text: megan.harper@phila.gov | Aug 14 2024 23:47:00 | City of Philadelphia, Dept. of Revenue - Water Revenue Bureau, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 14363448 | Email/Text: megan.harper@phila.gov | Aug 14 2024 23:47:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |

Case 19-14679-amc    Doc 80    Filed 08/16/24    Entered 08/17/24 01:31:58    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14363447 | + | Email/Text: bankruptcy@philapark.org | Aug 14 2024 23:47:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14363451 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 14 2024 23:46:00 | Commonwealth of Pennsylvania, Department of Labor and Industry, UI Payment Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 14363452 | | Email/Text: convergent@ebn.phinsolutions.com | Aug 14 2024 23:47:19 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14363454 | ^ | MEBN | Aug 14 2024 23:45:32 | Debt Recovery Solution, Attn: Bankruptcy, Po Box 9003, Syosset, NY 11791-9003 |
| 14363455 | | Email/Text: Bankruptcy.Consumer@dish.com | Aug 14 2024 23:46:00 | Dish Network, Dept. 0063, Palatine, IL 60055-0063 |
| 14385969 | ^ | MEBN | Aug 14 2024 23:45:22 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14363475 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 14 2024 23:46:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14363477 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 14 2024 23:53:29 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14363478 | + | Email/Text: bankruptcy@sccompanies.com | Aug 14 2024 23:47:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, Po Box 2830, Monroe, WI 53566-8030 |
| 14363479 | + | Email/PDF: pa_dc_claims@navient.com | Aug 14 2024 23:53:42 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14379122 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 14 2024 23:46:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14363484 | ^ | MEBN | Aug 14 2024 23:45:16 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14363485 | | Email/Text: admin@pdminc.net | Aug 14 2024 23:46:00 | Professional Debt Mediation, Attn: Bankruptcy, 7948 Baymeadows Way, 2nd Floor, Jacksonville, FL 32256 |
| 14370322 | + | Email/Text: bankruptcy@philapark.org | Aug 14 2024 23:47:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14395909 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2024 23:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14371426 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2024 23:47:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14363487 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2024 23:47:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14363488 | + | Email/Text: bankruptcy@sw-credit.com | Aug 14 2024 23:47:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14363489 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 14 2024 23:53:29 | U.S. Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14363490 | + | Email/Text: External.Collections@phoenix.edu | Aug 14 2024 23:47:00 | University Of Phoenix, 1625 W Fountainhead Pkwy, Tempe, AZ 85282-2371 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14363458 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |

| | | |
|---|---|---|
| 14363459 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363460 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363461 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363462 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363464 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363465 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363466 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363467 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363468 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363469 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363470 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363471 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363472 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363473 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14363476 | *+ | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14400704 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14363480 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14363481 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14363482 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14371427 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14365049 | *+ | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:**

**Name** | **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Cleo M. James dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 138OBJ* (6/24)−doc 79 − 76

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Cleo M. James  )  Case No. 19−14679−amc
   aka Cleo Dunbar  )
   )
   Debtor(s).  )  Chapter: 13
   )
   )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 14, 2024      For The Court

    Timothy B. McGrath
    Clerk of Court